# WAYNE COUNTY COMMON PLEAS COURT
## CIVIL DIVISION
215 NORTH GRANT STREET
WOOSTER, OHIO 44691
(330) 287-5590
**SUMMONS**

MICHAEL BYLER, et al

     Plaintiff

CASE NO. 2022 CVC-H 000359

vs.

FORD MOTOR COMPANY

     Defendant

To: **FORD MOTOR COMPANY**
    C/O CT CORPORATION SYSTEM
    4400 EASTON COMMONS WAY, STE 125
    COLUMBUS, OH 43219

To the above named defendant(s):

     You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) had been filed against you in this court by the plaintiff(s) named herein. You are required to serve upon the plaintiff's attorney, or upon the plaintiff if he/she has no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you. Said answer must be filed with this court within three days after service on plaintiff's attorney.

The name and address of the plaintiff's attorney is as follows:
    CHRISTOPHER ALLEN WINKLER
    30928 FORD RD
    GARDEN CITY, MI 48135

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

By: _____
    Deputy Clerk

8/18/2022

SummonsCivil

## IN THE COURT OF COMMON PLEAS
## WAYNE COUNTY, OHIO

MICHAEL BYLER and )  Case No. **2022 CVC-H 000359**
MICHELLE BYLER )
13053 Claridon Troy Road )  Judge: **MARK K WIEST**
Chardon, OH 44024 )
 )
  Plaintiffs, )
 )  **COMPLAINT**
v )
 )  (Jury Demand Endorsed Hereon)
FORD MOTOR COMPANY )
c/o CT Corporation System )
4400 Easton Commons Way, Ste. 125 )
Columbus, Ohio 43219 )

  Defendant.

NOW COMES the Plaintiffs, by and through the undersigned attorneys, complains against the above named Defendant as follows:

1.  Plaintiffs are residents of the city of Chardon, Ohio.

2.  Defendant, Ford Motor Company (hereinafter referred to as "Manufacturer"), is a Delaware Corporation authorized to do business in the State of Ohio and, at all times relevant hereto, was engaged in the manufacture, warrantying, sale distribution and/or importing of Ford vehicles and related equipment for sale in the state of Ohio, with its registered office in the city of Columbus, County of Franklin, Ohio.

3.     On or about September 29, 2017, Plaintiffs entered into a vehicle purchase agreement with White's Ford (herein referred to as "Seller"), and were delivered a 2017 Ford F-250, VIN 1FT7X2B66HEB33593 (hereinafter referred to as "2017 F-250") in the City of Orrville, County of Wayne, State of Ohio (see copy of the Retail Installment Contract attached as Exhibit A).

4.     Along with the sale of the 2017 F-250, Plaintiffs received written warranties and other express and implied warranties including, by way of example and not by way of limitation, warranties from Defendant (a copy of the written warranty is in the possession of the Defendant and is too voluminous to attach hereto).

5.     Plaintiffs have taken the 2017 F-250 to Manufacturer's authorized agents/dealers, including Seller, for repair on numerous occasions (including, but not limited to the repair records attached as Exhibit B), however the vehicle continues to have substantial nonconformities.

6.     Seller is a Ford Motor Company authorized dealership and service facility and has acted as Defendant's agent and for Defendant's benefit during the sale, repair and servicing of the vehicle.

7.     This cause of action arises out of Defendant's various breaches of warranties, violations of statutes as hereinafter alleged. The amount in controversy exceeds FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest and costs, for which Plaintiffs seek judgment against Defendant. In addition, Plaintiffs seek damages from the Defendant as set forth below, including, but not limited to, economic damages, noneconomic damages, statutory, incidental, consequential and actual damages, interest, costs, and attorneys' fees.

## COUNT I
## BREACH OF EXPRESS WARRANTY

8.      Plaintiffs incorporate herein by reference each and every allegation contained in Paragraphs 1 through 7 as though herein fully restated and realleged.

9.      Plaintiffs are "buyers" under the Ohio Uniform Commercial Code, Ohio Rev. Code (ORC) 1302.01.

10.      Defendant is a "seller" under the Ohio Uniform Commercial Code, ORC 1302.01

11.      The 2017 F-250 constitutes "goods" under the Ohio Uniform Commercial Code, ORC 1302.01.

12.      This is a "transaction in goods," to which ORC 1302.02 is applicable.

13.      Plaintiffs purchase of the 2017 F-250 was accompanied by an express, written warranty, offered by the Defendant. At the subsequent servicing of the vehicle, an additional warranty was provided regarding the parts installed and labor performed. Whereby said warranties were part of the basis of the bargain of the contract, upon which Plaintiffs relied, between Plaintiffs and Defendant for its sale of the vehicle.

14.      In these express warranties, the Defendant warranted if any defects were discovered within certain periods of time, the Defendant would provide repair of the 2017 F-250 in a reasonable amount of time and free of charge to Plaintiffs under the terms of the express warranty.

15.      Plaintiffs discovered the 2017 F-250 had defects and problems after Plaintiffs purchased the vehicle as discussed above.

16.      Plaintiffs notified Defendant of the aforementioned defects.

17.    Plaintiffs have provided the Defendant with reasonable opportunities to repair or replace the 2017 F-250. (Including, but not limited to, Exhibit B, repair orders).

18.    Plaintiffs have reasonably met all obligations and pre-conditions as provided in the express warranty.

19.    The Defendant has failed to adequately repair the 2017 F-250 and/or have not repaired the 2017 F-250 in a timely fashion, and the 2017 F-250 remains in a defective condition.

20.    The 2017 F-250's defects have rendered the limited warranties ineffective to the extent that the limited remedy of repair and/or adjustment of defective parts failed of its essential purpose pursuant to ORC 1302.93(B).

21.    The 2017 F-250 continues to contain defects which substantially impair the value and use of the 2017 F-250 to the Plaintiffs.

22.    These defects could not reasonably have been discovered by the Plaintiffs prior to Plaintiffs purchase and/or acceptance of the 2017 F-250.

23.    The Defendant induced Plaintiffs acceptance of the 2017 F-250 by agreeing, by means of the express warranty, to remedy, within a reasonable time, those defects which had not been or could not have been discovered prior to acceptance.

24.    The many defective conditions on the 2017 F-250 have substantially impaired the value to the Plaintiffs.

25.     If the finder of fact finds revocation and/or rejection was improper, then, in the alternative, Plaintiffs allege that as of the date of revocation, the 2017 F-250 was in substantially the same condition as at delivery except for damage caused by its own defects and ordinary wear and tear.  Therefore, Plaintiffs have suffered and is entitled to damages for breach of warranty calculated by the difference at the time and place of acceptance between the value of the goods accepted and the value they would have had if they had been as warranted.

26.     The Defendant has refused Plaintiffs demands and have refused to provide Plaintiffs with the remedies to which Plaintiffs are entitled pursuant to ORC 1302.26, ORC 1302.85, ORC 1302.88, and ORC 1302.89.

WHEREFORE, Plaintiffs pray for judgment against Defendant:

A.     Declaring acceptance has been properly revoked by Plaintiffs and for damages incurred in revoking acceptance;

B.     For a refund of the purchase price and finance charges paid by Plaintifsf for the 2017 F-250;

C.     To cancel Plaintiffs retail installment contract and pay off the balance on the contract;

D.     For incidental, consequential and actual damages;

E.     For all damages caused by a Defendant's breach of warranty;

F.     For costs, interest and attorneys' fees; and

G.     For such other relief this Court deems appropriate.

## COUNT II
## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

27.     Plaintiffs incorporate herein by reference each and every allegation contained in Paragraphs 1 through 26 as though herein fully restated and realleged.

28.     The Defendant is a "merchant" with respect to automobiles under the Ohio Uniform Commercial Code, ORC 1302.01.

29.     The 2017 F-250 and the replacement parts installed on it at its subsequent servicing were subject to implied warranties of merchantability under ORC 1302.27, running from the Defendant to the benefit of Plaintiffs.

30.     The 2017 F-250 and replacement parts installed on the vehicle were not fit for the ordinary purpose for which such goods are used and/or would not pass without objection in the trade.

31.     The defects and problems hereinbefore described rendered the 2017 F-250 and replacement parts unmerchantable.

32.     The Defendant failed to adequately remedy the defects in the 2017 F-250; and the 2017 F-250 and replacement parts continue to be in an unmerchantable condition at the time of revocation.

WHEREFORE, Plaintiffs pray for judgment against Defendant:

A.     Declaring acceptance has been properly revoked and for damages incurred in revoking acceptance;

B.     For damages caused by a breach of the implied warranty;

C.     For a refund of the purchase price and finance charges paid by Plaintiffs for the 2017 F-250;

D.      To cancel Plaintiffs retail installment contract and pay off the balance on the contract;

E.      For consequential, incidental and actual damages;

F.      Costs, interest and attorneys' fees; and

G.      Such other relief this Court deems appropriate.

## COUNT III
## REVOCATION OF ACCEPTANCE

33.      Plaintiffs incorporate herein by reference each and every allegation contained in Paragraphs 1 through 32 as though herein fully restated and realleged.

34.      Plaintiffs accepted the 2017 F-250 without discovering the above defects due to the fact Plaintiffs were reasonably induced to accept the vehicle by the difficulty of discovery of the above defects.

35.      In the alternative, Plaintiffs reasonably assumed, and Defendant represented, that all of the aforesaid defects and/or nonconformities would be cured within a reasonable time.

36.      After a reasonable number of attempts by Defendant to cure, it has become apparent the nonconformities could not be seasonably cured.

37.      The nonconformities substantially impaired the value of the 2017 F-250 to the Plaintiffs.

38.      Plaintiffs have previously notified Defendant of the nonconformities and Plaintiffs notified Defendant that he seeks revoke acceptance pursuant to ORC 1302.66 and demanded the refund of the purchase price for the 2017 F-250 and out-of-pocket expenses. (Including, but not limited to, the copy of Plaintiffs letters attached hereto as Exhibit C and D).

39.     Defendant has failed to accept return of the 2017 F-250 and have failed to refund any part of the sum equal to the purchase price and out-of-pocket expenses incurred by Plaintiffs.

WHEREFORE, Plaintiffs pray for judgment against Defendant:

A.      Declaring acceptance has been properly revoked by Plaintiffs and for damages incurred in revoking acceptance;

B.      For a refund of the purchase price and finance charges paid by Plaintiffs for the 2017 F-250;

C.      To cancel Plaintiffs retail installment contract and pay off the balance on the contract;

D.      For consequential, incidental and actual damages;

E.      Costs, interest and attorneys' fees; and

F.      Such other relief this Court deems appropriate.

## COUNT IV
## BREACH OF WRITTEN WARRANTY UNDER
## MAGNUSON-MOSS WARRANTY ACT

40.     Plaintiffs incorporate herein by reference each and every allegation contained in Paragraphs 1 through 39 as though herein fully restated and realleged.

41.     Plaintiffs are "consumers" as defined in the Magnuson-Moss Warranty Act (hereinafter referred to as the "Warranty Act") 15 USC 2301(3).

42.     The Defendant are "suppliers" and "warrantors" as defined by the Warranty Act, 15 USC 2301(4) and (5).

43.     The 2017 F-250 is a "consumer product" as defined in the Warranty Act, 15 USC 2301(1).

44.    The 2017 F-250 was manufactured, sold and purchased after July 4, 1975.

45.    The express warranty given by the Defendant pertaining to the 2017 F-250 is a "written warranty" as defined in the Warranty Act, 15 USC 2301(6).

46.    The Seller is an authorized dealership/agent of Ford Motor Company designated to perform repairs on vehicles under Ford Motor Company's automobile warranties.

47.    The above-described actions (failure to timely repair and/or properly repair the above-referenced defects, etc.), including failure to honor the written warranty, constitute a breach of the written warranty by the Defendant actionable under the Warranty Act, 15 USC 2310(d)(1) and (2) have damaged the Plaintiffs.

WHEREFORE, Plaintiffs pray for judgment against Defendant:

A.    Declaring acceptance has been properly revoked by Plaintiffs and for damages incurred in revoking acceptance;

B.    All damages caused by a Defendant's breach of written warranty;

C.    For a refund of the purchase price and finance charges paid by Plaintiffs for the 2017 F-250;

D.    To cancel Plaintiffs retail installment contract and pay off the balance on the contract;

E.    For consequential, incidental and actual damages;

F.    For costs, interest and attorneys' fees; and

G.    Such other relief this Court deems appropriate.

## COUNT V
## BREACH OF IMPLIED WARRANTY UNDER
## <u>MAGNUSON-MOSS WARRANTY ACT</u>

48.     Plaintiffs incorporates herein by reference each and every allegation contained in Paragraphs 1 through 47 as though herein fully stated and realleged.

49.     The above-described actions on the part of the Defendant constitute a breach of the implied warranty of merchantability actionable under the Warranty Act, 15 USC 2301(7), 2308, 2310(d)(1) and (2).

WHEREFORE, Plaintiffs pray for judgment against Defendant:

A.     Declaring acceptance has been properly revoked by Plaintiffs and for damages incurred in revoking acceptance;

B.     For a refund of the purchase price and finance charges paid by Plaintiffs for the 2017 F-250;

C.     To cancel Plaintiffs retail installment contract and pay off the balance on the contract;

D.     For consequential, incidental and actual damages;

E.     All damages caused by breach of an implied warranty;

F.     For costs, interest and attorneys' fees; and

G.     Such other relief this Court deems appropriate.

## COUNT VI
## <u>BREACH OF CONTRACT</u>

50.     Plaintiffs incorporate herein by reference each and every allegation contained in Paragraphs 1 through 49 as though herein fully restated and realleged.

51.     A written limited warranty and implied warranty of merchantability accompanied the delivery of the 2017 F-250 to Plaintiffs and the subsequent servicing of the vehicle. The limited warranty provided the Seller and Manufacturer would successfully and timely repair or adjust all parts found to be defective in factory-supplied materials or workmanship.

52.     The sale of the vehicle, the written warranty and subsequent servicing of the 2017 F-250 created a contractual relationship between the Defendant and Plaintiffs.

53.     The Defendant has breached their contractual obligations to the Plaintiffs related to its sales contract, limited warranty contract and servicing contract in that they have failed to timely or properly repair or adjust defective parts covered under the limited warranty, have failed to do the same within the limited warranty coverage period, and within a reasonable time, provided an unmerchantable vehicle and provided unmerchantable replacement parts.

54.     Plaintiffs have been damaged as a result of the Defendant breach of contractual obligations.

WHEREFORE, Plaintiffs pray for judgment against all Defendant:

A.     Damages incurred by Plaintiffs created by Defendant breach of contract, including all monies paid for the purchase of the 2017 F-250;

B.     For return of an amount equal to Plaintiffs down payment and all payments made by Plaintiffs to the Defendant;

C.     For incidental, consequential, exemplary and actual damages;

D.     To cancel Plaintiffs retail installment contract and pay off the balance of the contract;

E.     For costs and expenses, interest, and attorneys' fees; and

F.     Such other relief this Court deems appropriate.

### COUNT VII
### RESCISSION OF CONTRACT

55.    Plaintiffs incorporates herein by reference each and every allegation contained in Paragraphs 1 through 54 as though herein fully restated and realleged.

56.    An express limited warranty accompanied the delivery of the 2017 F-250 to Plaintiffs. The limited warranty provided the Seller would repair or adjust all parts found to be defective in factory-supplied materials or workmanship.

57.    The sales contract and the limited warranty, given by Manufacturer and adopted by the Seller when the Seller serviced and repaired the 2017 F-250 created a contractual relationship between the Defendant and Plaintiffs.

58.    The Defendant has breached sales contract and the express limited warranty contract in that they have failed to repair or adjust defective parts covered under the limited warranty, have failed to do the same within the limited warranty coverage period, and within a reasonable time, and failed to provide a merchantable vehicle.

59.    The actions of the Defendant have resulted in a failure of consideration justifying the rescission of the contract.

60.    Without a judicial declaration that the contract has been rescinded, Plaintiff will suffer irreparable and substantial harm if the consideration paid by Plaintiffs and damages sustained by Plaintiffs, together with interest, are not restored.

WHEREFORE, Plaintiffs pray for judgment and the following relief against all Defendant:

A.      That this Court order a rescission of the purchase and retail installment contract by refunding all monies paid by Plaintiffs, terminating the retail installment contract, requiring the Defendant to pay off the balance of the contract and ordering Plaintiffs to return the 2017 F-250 to the Defendant;

B.      Damages incurred by Plaintiffs created by Defendant breach of contract, including all monies paid for the purchase of the 2017 F-250;

C.      For return of an amount equal to Plaintiffs down payment and all payments made by Plaintiffs to the Defendant;

D.      For incidental, consequential and actual damages;

E.      For costs and expenses, interest, and attorneys' fees; and

F.      Such other relief this Court deems appropriate.

**JURY DEMAND**

Plaintiff demands trial by jury on all issues triable as such.

Respectfully submitted,

LAW OFFICE OF RONALD J. BOLZ, PLLC

By:

CHRISTOPHER A. WINKLER (0078935)
RONALD J. BOLZ (0051838)
Attorneys for Plaintiff
30928 Ford Road
Garden City, MI 48135
(734) 261-4700
cwinkler@lemonauto.com

Dated: August 17, 2022

# Exhibit A

  

1780 North Main Street • Orrville, Ohio 44667
Phone 330/682-2040 • Toll Free 888/677-8455

**24147**

STOCK NO. **17-073**

DEAL # **28688**

MILEAGE **79**

CUSTOMER DOB: **05/03/1974**  COBUYER DOB: **10/16/1972**

PURCHASER'S NAME **MICHELLE BYLER  MICHAEL BYLER**

DATE **SEP 29** 20**17**

ENTER MY ORDER FOR ONE [X] NEW ☐ USED ☐ CAR [X] TRUCK ☐ DEMONSTRATOR ☐ SALESMAN CAR ☐ FACTORY OFFICIAL CAR ☐ DEALER

| YEAR 2017 | MAKE FORD | MODEL F-250 | BODY TYPE PU | COLOR MAGNETIC | |
|---|---|---|---|---|---|

| VIN | 1 F T 7 X 2 B 6 6 H E B 3 3 5 9 3 | | | | |

| | | | MSRP/RETAIL VALUE | $ 50000 00 |
|---|---|---|---|---|

CASH PRICE OF VEHICLE ...... 50000 00
ADDITIONAL DEALER MARKUP
FOR FINANCE PURPOSES TO
OFF SET MINUS EQUITY

ADJUSTED CASH PRICE OF VEHICLE ...... 50000 00

NEGATIVE EQUITY ADJUSTMENT

THE OPTIONS OR ACCESSORIES SHOWN ABOVE ARE COVERED UNDER A LIMITED WARRANTY OFFERED BY THE MANUFACTURER OF THE PARTICULAR ITEMS.

TRADE-IN ALLOWANCE

THE ODOMETER OF THE ABOVE DESCRIBED VEHICLE NOW READS 79 MILES/KILOMETERS AND IS ACCURATE UNLESS CHECKED. ODOMETER IS NOT ACCURATE. REFER TO THE FEDERAL MILEAGE STATEMENT FOR FULL DISCLOSURE.

TAXABLE AMOUNT ...... 50250 00

SALES TAX COUNT GEAUGA 6.75% 3391 88

WE'D LIKE TO KNOW    RADIO ☐ NEWSPAPER ☐ FRIEND ☐
REFERRAL ☐    INTERNET ☐    PREVIOUS CUSTOMER ☐

TITLE FEES AND TEMPORARY TAG FEE ...... 35 00

OTHER

LIMITATION OF LIABILITY
THE SELLER, MAIBACH FORD, INC. HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE. THIS DISCLAIMER BY THE SELLER IN NO WAY AFFECTS THE TERMS OF THE MANUFACTURER'S WARRANTY.

TOTAL MONEY DIFFERENCE

TRADE PAYOFF TO

NET TRADE EQUITY $

CASH DOWN

| YEAR | MAKE | MODEL |
|---|---|---|

SERIAL NO.    MILEAGE

REBATE

BALANCE DUE

The front and back of this Order comprise the entire agreement affecting this purchase and no other agreement of any kind has been made. If this agreement is for a leased vehicle see contractual disclosure statement below. I hereby certify that I am of legal age and that I am the purchaser of this motor vehicle and that I have read the matter printed on the back hereof and agree to it as a part of this agreement. I certify that I have acknowledge receipt of a copy of this order.

CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLES ONLY: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

# Exhibit B

**CUSTOMER #: 208560**

**139942**

# PRESTON
### Nobody Sells for Less
**FORD, INC.**

MICHAEL BYLER
MICHELLE BYLER

*INVOICE*

13560 West Center Street
BURTON, OHIO 44021
(440) 834-1600  (440) 834-1661
(440) 951-4141

PAGE 1

SERVICE ADVISOR: 796 DAWN M WEST

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| GREY | 17 | FORD F250 PICKUP | 1FT7X2B66HEB33593 | | 4232/4240 | T377 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 29SEP17 DD | | | 17:00 15DEC17 | | | CASH | 19DEC17 |

| R.O. OPENED | READY | OPTIONS: | ENG:6.2 Liter |
|---|---|---|---|
| 10:29 15DEC17 | 06:41 19DEC17 | | |

| LINE-OPCODE TECH TYPE HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|

A GUEST STATES LIKE STEERING AND OR SUSPENSION IS LOOSE - CAN FEEL IN
    STEERING WHEEL WHEN GOING AROUND CIRCLE IN BURTON - CAN
    SOMETIMES FEEL IN BRAKE AND GAS PEDAL
    I NO PROBLEM FOUND AT THIS TIME
        533 SPERLING,TIMOTHY M LIC#: 533
        CP                        0.00   0.00
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE A:   0.00
4240 ROAD TEST CHECKED OVER FRONT ALL COMPONENTS ARE TIGHT COULD
NOT DUPLICATE ANY CONCERNS
    **************************************************
B PERFORMED MULTI-POINT INSPECTION CHECK LIST.
    99P PERFORMED MULTI-POINT INSPECTION CHECK LIST.
        533 SPERLING,TIMOTHY M LIC#: 533
        CP                        0.00   0.00
    GBATT BATTERY TESTS GOOD
        533 SPERLING,TIMOTHY M LIC#: 533
        CP                        0.00   0.00
    GTIRE TIRE TREAD AND WEAR IS OK AT THIS TIME
        533 SPERLING,TIMOTHY M LIC#: 533
        CP                        0.00   0.00
    GBK BRAKE LININGS ARE OK AT THIS TIME
        533 SPERLING,TIMOTHY M LIC#: 533
        CP                        0.00   0.00
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE B:   0.00
4240 PERFORMED MPI
    **************************************************

SERVICE HOURS

| DESCRIPTION | TOTAL |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER COPY

**CUSTOMER #: 208560**

MICHAEL BYLER
MICHELLE BYLER

**152758**

**\*INVOICE\***

**DUPLICATE 1**
**PAGE 1**

# PRESTON
### Nobody Sells for Less
FORD, INC.

13560 West Center Street
BURTON, OHIO 44021
(440) 834-1600  (440) 834-1661
(440) 951-4141

**SERVICE ADVISOR: 948 DAVID J LUDLOW**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| GRAY | 17 | FORD F250 PICKUP | 1FT7X2B66HEB33593 | | 18618/18619 | T882 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 29SEP17 DD | | | 18:00 12DEC18 | | | CASH | 12DEC18 |

| R.O. OPENED | READY | OPTIONS: | ENG:6.2_Liter |
|---|---|---|---|
| 06:52 12DEC18 | 08:51 12DEC18 | | |

**LINE OPCODE TECH TYPE HOURS**              **LIST**      **NET**      **TOTAL**

```
A FRONT END SHAKE OVER BUMPS.LOWER SPEEDS AND HIGHER
    POO ORDERED STEERING DAMPER, WARRANTY
        409 TOTH,TIMOTHY LIC#: 409
            CP                                    0.00      0.00
PARTS:     0.00 LABOR:      0.00 OTHER:      0.00   TOTAL LINE A:    0.00
 18618 road test. verify concern. lift and inspect. needs tsb
 18-2268 steering damper. ordered
            *****************************************************
B Perform a thorough inspection of fluids, wipers, battery, tires,
    brakes, safety systems, and components.
    99P Perform a thorough inspection of fluids,
        wipers, battery, tires, brakes, safety
        systems, and components.
        409 TOTH,TIMOTHY LIC#: 409
            CP                                    0.00      0.00
PARTS:     0.00 LABOR:      0.00 OTHER:      0.00   TOTAL LINE B:    0.00
            *****************************************************
```

CUSTOMER COPY

STATEMENT OF DISCLAIMER

TERMS: STRICTLY CASH UNLESS PRIOR ARRANGEMENT MADE

HEREBY ACKNOWLEDGE RECEIPT OF A COPY HEREOF.

**SERVICE HOURS:**

MONDAY THRU FRIDAY
7:30 AM TO 6:00 PM
8:00 AM - 4:00 PM
SATURDAY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

**CUSTOMER COPY**

CUSTOMER #: 208560

153228

MICHAEL BYLER
MICHELLE BYLER

*INVOICE*



**PRESTON**
Nobody Sells for Less
FORD, INC.

13580 West Center Street
BURTON, OHIO 44021
(440) 834-1800  (440) 834-1661
(440) 951-4141

PAGE 1

SERVICE ADVISOR: 948 DAVID J LUDLOW

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| GRAY | 17 | FORD F250 PICKUP | 1FT7X2B66HEB33593 | | 19104/19105 | T372 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 29SEP17 DD | | | WAIT 26DEC18 | | | CASH | 26DEC18 |

| R.O. OPENED | READY | OPTIONS: | ENG:6.2 Liter |
|---|---|---|---|
| 12:57 26DEC18 | 15:58 26DEC18 | | |

LINE OPCODE TECH TYPE HOURS                                    LIST      NET      TOTAL

A Perform a thorough inspection of fluids, wipers, battery, tires,
    brakes, safety systems, and components.
  99P Perform a thorough inspection of fluids,
      wipers, battery, tires, brakes, safety
      systems, and components.
          426 SWIFT,THOMAS LIC#: 426
          CP                                                   0.00      0.00
    GBATT BATTERY TESTS GOOD
          426 SWIFT,THOMAS LIC#: 426
          CP                                                   0.00      0.00
    GBK BRAKE LININGS ARE OK AT THIS TIME
          426 SWIFT,THOMAS LIC#: 426
          CP                                                   0.00      0.00
    GTIRE TIRE TREAD AND WEAR IS OK AT THIS TIME
          426 SWIFT,THOMAS LIC#: 426
          CP                                                   0.00      0.00
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE A:     0.00
  19104 MPI Performed inspection. Set tires to 80 in front and 65 in
  rear. Top off fluids as necessary.
  ***********************************************************

B CUSTOMER STATES VIBRATIONS IN FRONT END
CAUSE: .
    182268A 2017-2019 F-Super Duty 4X4 250/350:
      Inspect The Vehicle, S
          426 SWIFT,THOMAS LIC#: 426
          WF4
      1 HC3Z*3E651*F DAMPER ASY                                         (N/C)
                                                                        (N/C)
  FC: PART#: COUNT:
  CLAIM TYPE:
  AUTH CODE:
  426
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE B:     0.00
  19104 42 steering damper does not operate properly. Road test.
  verify cust concern. Check oasis and found TBS#18-2268. verifyied

CUSTOMER COPY

STATEMENT OF DISCLAIMER

TERMS: STRICTLY CASH UNLESS PRIOR ARRANGEMENTS MADE

SERVICE HOURS:
7:30 AM TO 5:30 PM
MONDAY THRU FRIDAY
8:00 AM - 4:00 PM
SATURDAY

| DESCRIPTION | TOTALS & HOURS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

X

CUSTOMER COPY



153228

*INVOICE*

# PRESTON
## Nobody Sells for Less
FORD, INC.

13580 West Center Street
BURTON, OHIO 44021
(440) 834-1600  (440) 834-1661
(440) 951-4141

PAGE 2

SERVICE ADVISOR:  948 DAVID J LUDLOW

| GRAY | 17 | FORD F250 PICKUP | | VIN | | LICENSE | | MILEAGE IN/OUT | | TAG |
|---|---|---|---|---|---|---|---|---|---|---|
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | 1FT7X2B66HEB33593 | PO NO. | | RATE | 19104/19105 | | T372 |
| 29SEP17 DD | | | | | | | | PAYMENT | INV. DATE |
| R.O. OPENED | | READY | WAIT 26DEC18 | PO NO. | | RATE | CASH | 26DEC18 |
| 12:57 26DEC18 | 15:58 26DEC18 | OPTIONS: | ENG:6.2_Liter | | | | | |

LINE OPCODE TECH TYPE HOURS

| | | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|

steering vibration. remove steering damper and tested. Steering damper
failed. Install new steering damper and retest. Now ok at this time.
*************************************************
C Up to 5 quarts of Motorcraft Synthetic Blend Oil, Motorcraft Oil
    Filter, Multi-Point Inspection, and Tire Rotation.
WRKS Up to 5 quarts of Motorcraft Synthetic Blend
    Oil, Motorcraft Oil Filter, Multi-Point
    Inspection, and Tire Rotation.
        426 SWIFT,THOMAS LIC#: 426
        IADCP
    1 FL*820*SB12 FILTER ASY - OIL                              (N/C)
    7 XO*5W30*Q1SP MOTORCRAFT SAE 5W-30 SN SNPLUS               (N/C)
  I $5 OFF COUPON                                               (N/C)
        426 SWIFT,THOMAS LIC#: 426
        IADCP
PARTS:    0.00  LABOR:     0.00  OTHER       0.00  TOTAL LINE C:   (N/C)
CUSTOMER PAY DEDUCTIBLE FOR LINE C                                  0.00
 19104 The works LOF, rotate, MPI                                  44.95
    *************************************************
SHOP SUPPLIES                                                       2.00

# CUSTOMER COPY

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly or partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

TERMS: STRICTLY CASH UNLESS PRIOR ARRANGEMENTS MADE
I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. I HEREBY ACKNOWLEDGE RECEIPT OF A COPY HEREOF.

    CUSTOMER SIGNATURE

X

SERVICE HOURS:

7:30 AM TO 5:30 PM

MONDAY THRU FRIDAY

8:00 AM - 4:00 PM

SATURDAY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 46.95 |
| TOTAL CHARGES | 46.95 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 3.17 |
| PLEASE PAY THIS AMOUNT | |

# 153882

David J Ludlow

| | |
|---|---|
| Opened | 01/15/2019 |
| Closed | 01/17/2019 |
| Mileage | 19,659 |

InspectPro Summary:   View VIR   View Inspection Form

---

Line Code A

Complaint: STEERING- SUSPENSION- DAVID KNOWS

Cause: .

Correction: 196660 42 STEERING DAMPER DOES NOT OPERATE PROPERLY ROAD TEST, VERIFY CUST CONCERN. SET TIRE PRESSURE AND CHECK DAMPER. DAMPER PASSES. INSTALL 3/4 DEGREE CAMS ON BOTH SIDES. SET TOE AND STEER AHEAD ANGLE. ROAD TEST. NPOW OK AT THIS TIME.

Op Code: 182268D       Tech: Thomas Swift       Type: WF4

Line Code B

Complaint: PERFORM A THOROUGH INSPECTION OF FLUIDS, WIPERS, BATTERY, TIRES, BRAKES, SAFETY SYSTEMS. AND COMPONENTS.

Correction: 19660 MPI PERFORMED INSPECTION. SET TIRES TO SPECS. TOP OFF FLUIDS AS NECESSARY.

Op Code: 99P       Tech: Thomas Swift       Type: CP

Line Code C

Complaint: QUALITY CONTORL

Correction: 196660 INFO LINE NO WORK PERFORMED.

Op Code. None       Tech: Thomas Swift       Type: CP

Inspection Summary       View PDF

Declined Total:

**$0.00**

No shop charges and taxes included

Invoice Total:

**$281.30**

**155075**

David J Ludlow

| | |
|---|---|
| | 02/18/2019 |
| | 02/27/2019 |
| | 20,373 |

Line Code A

Complaint: CS STEERING FEELS LOOSE. HAVE TECH GO FOR RIDE FOR STEERING ISSUES

Op Code: R.0          Tech: **Thomas Swift**          Type: INTF

Line Code B

Complaint: ELECTICAL OUTLETS DONT STAY ON WITH KEY OFF

Correction: 20373 NPF CHECK OWNERS MANUAL AND ON PAGE 168 IT DESCRIBES THE FUNCTIONALITY OF THE ELECTRICAL OUTLETS ON THE TRUCK. THEY ARENET POWERED UP UNTIL KEY IS ON.

Op Code: R.0          Tech: **Thomas Swift**          Type: INTF

Line Code C

Complaint: PERFORM A THOROUGH INSPECTION OF FLUIDS, WIPERS, BATTERY, TIRES, BRAKES, SAFETY SYSTEMS, AND COMPONENTS.

Op Code: 99P          Tech: **Thomas Swift**          Type: INTF

Inspection Summary          <u>View PDF</u>

Declined Total:          Invoice Total:

**$0.00**          **$0.00**

**"No shop charges and taxes included**

**156162**
David J Ludlow

| | |
|---|---|
| Opened | 03/19/2019 |
| Closed | 03/20/2019 |
| Mileage | 21,283 |

InspectPro Summary:        View VIR        View Inspection Form

Line Code A

Complaint: C/S CAN FEEL SOMETHING IS LOOSE IN STEERING WHEN DRIVING OVER BUMPS. CHECK AND ADVISE

Cause: .

Correction: 21283 TEST DRIVE VEHICLE FOR CONCERN.PERFORM VISUAL INSPECTION.LOOSENESS DETECTED IN RIGHT LOWER TIE ROD END.REPLACE TIE ROD END AND RESET TOE.

Op Code: 3130AA        Tech: Timothy Toth        Type: WF4

Line Code B

Complaint: PERFORM A THOROUGH INSPECTION OF FLUIDS, WIPERS, BATTERY, TIRES, BRAKES, SAFETY SYSTEMS, AND COMPONENTS.

Correction: 21287 PERFORM MPI

Op Code: 99P        Tech: Timothy Toth        Type: CP

Line Code C

Complaint: CASTER, CAMBER, TOE-IN - CHECK - L

Op Code: 3001A        Tech: Timothy Toth        Type: WF4

Line Code D

Complaint: CASTER, CAMBER, TOE-IN - CHECK - L EXTRA TIME FOR A POST-REPAIR ROAD TEST.

Op Code: 3001AXQ        Tech: Timothy Toth        Type: WF4

Line Code E

Complaint: TOE-IN - CORRECT (FRONT/REAR) - L

Op Code: 3001A6        Tech: Timothy Toth        Type: WF4

**158301**

David J Ludlow

| | |
|---|---|
| Opened: | **05/16/2019** |
| Closed: | **05/31/2019** |
| Mileage: | **23,797** |

InspectPro Summary:      <u>View VIR</u>      <u>View Inspection Form</u>

---

Line Code A

Complaint: CUSTOMER STATES WHEN DRIVING HIGHER SPEEDS AND HITTING BUMPS THE FRONT END STARTS SHAKING. CAN ALSO FEEL KNOCKING IN STEERING WHEEL WHEN GOING OVER BUMPS AT LOWER SPEEDS. CHECK AND ADVISE

Cause: .

Correction: 23803 VERIFIED CONCERN ON TEST DRIVE.SUSPECT ALIGNMENT ISSUE.PERFORM VISUAL INSPECTION.PERFORM ALIGNMENT CHECK.CASTER AT HIGHER END OF SPEC.INSTALL 1 DEGREE CAMBER CAMS AND READJUST.TEST DRIVE VEHICLE.CONCERN GREATLY IMPROVED AFTER REPAIRS.

Op Code: R2.6      Tech: **Timothy Toth**      Type: IS

Line Code B

Complaint: PERFORMED SEMI-SYNTHETIC OIL CHANGE SERVICE

Correction: 23803 PERFORM LOF.INSTALL CAMBER SHIMS.

Op Code: BLOF      Tech: **Timothy Toth**      Type: IADCP

Line Code C

Complaint: PERFORM A THOROUGH INSPECTION OF FLUIDS, WIPERS, BATTERY, TIRES, BRAKES, SAFETY SYSTEMS, AND COMPONENTS.

Correction: 23797 PERFORM MPI

Op Code: 99P      Tech: **Timothy Toth**      Type: IADCP

Line Code D

Complaint: GOODWILL OIL CHANGE CUST SATISFACTION

Op Code: I      Tech: **Timothy Toth**      Type: IADCP

CUSTOMER #: 208560

167048

**PRESTON**

Nobody Sells for Less

FORD, INC.

MICHAEL BYLER
MICHELLE BYLER

*INVOICE*

13580 West Center Street
BURTON, OHIO 44021
(440) 834-1800  (440) 834-1861
(440) 951-4141

PAGE 2

SERVICE ADVISOR: 948 DAVID J LUDLOW

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| GRAY | 17 | FORD F250 PICKUP | 1FT7X2B66HEB33593 | | 33721/33722 | T547 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 29SEP17 DD | | | 15:00 09JAN20 | | | CASH | 10JAN20 |

| R.O. OPENED | READY | OPTIONS: ENG:6.2 Liter |
|-------------|-------|------------------------|
| 06:36 09JAN20 | 13:00 10JAN20 | |

| LINE | OPCODE | TECH | TYPE | HOURS | LIST | NET | TOTAL |
|------|--------|------|------|-------|------|-----|-------|

```
      23943AB TRIM PANEL - FRONT DOOR - REMOVE AND
         INSTALL (23942/23943) - L
            511 PLUMMER,TERRY M LIC#: 511
               WF4                                                (N/C)
         1 FL3Z*1523200*G REGULATOR ASY                           (N/C)
      23943A10 REGULATOR ASSEMBLY FRONT DOOR WINDOW
      ELECTRIC - REPLACE (23200/23208/23209) - L
            511 PLUMMER,TERRY M LIC#: 511
               WF4                                                (N/C)
      FC: PART#: COUNT:
      CLAIM TYPE:
      AUTH CODE:
      511
PARTS:      0.00  LABOR:     0.00  OTHER:      0.00  TOTAL LINE C:     0.00
33721 check and install right front door
      ************************************************
D. INSPECT FRONT END FOR LOOSE COMPONENTS
   NPF NO PROBLEM FOUND REPAIRS TIME
            511 PLUMMER,TERRY M LIC#: 511
               CP                                        0.00     0.00
PARTS:      0.00  LABOR:     0.00  OTHER:      0.00  TOTAL LINE D:     0.00
33721 found no loose parts
      ************************************************

E** CUSTOMER STATES REPLACE WIPER BLADES $17.95EA INSTALLED
      WIPERS REPLACED WIPER BLADES
            1013 CRIBB,JOSEPH B LIC#: 1013
               IADCP                                              (N/C)
         2 WW*2201*PF BLADE ASY - WIPER                           (N/C)
PARTS:      0.00  LABOR:     0.00  OTHER:      0.00  TOTAL LINE E:     0.00
      ************************************************
```

**CUSTOMER COPY**

STATEMENT OF DISCLAIMER

TERMS: STRICTLY CASH UNLESS PRIOR ARRANGEMENTS MADE

| SERVICE HOURS: | DESCRIPTION | TOTAL |
|----------------|-------------|-------|
| 7:30 AM TO 6:00 PM | LABOR AMOUNT | 0.00 |
| MONDAY THRU FRIDAY | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| 7:30 AM TO 4:00 PM | SUBLET AMOUNT | 0.00 |
| SATURDAY | MISC. CHARGES | 0.00 |
| | TOTAL CHARGES | 0.00 |
| | LESS INSURANCE | |
| | SALES TAX | 0.00 |
| | PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER COPY

**171397**
Matt Sims

| | |
|---|---|
| Opened | 05/23/2020 |
| Closed | 05/26/2020 |
| Mileage | 37,544 |

InspectPro Summary:        View VIR                View Inspection Form

Line Code A

Complaint: CUSTOMER REQUESTING 20N04 TO BE PERFORM FOR FRONT WHEEL SHAKING CONCERN

Cause:

Correction: 37544 20N04 INSTALL STEERING DAMP

Op Code: 20N04B        Tech: Terry M Plummer    Type: WF4

Line Code B

Complaint: PERFORM A THOROUGH INSPECTION OF FLUIDS, WIPERS, BATTERY, TIRES, BRAKES, SAFETY SYSTEMS, AND COMPONENTS.

Correction: 37544 MPI

Op Code: 99P          Tech: Terry M Plummer    Type: CP

Inspection Summary              View PDF

Declined Total:                                Invoice Total:

**$0.00**                                        **$108.14**

*No shop charges and taxes included

# PRESTON

FORD, INC.

13580 West Center Street
BURTON, OHIO 44021
(440) 834-1800  (440) 834-1881

CUSTOMER #: 208560

MICHAEL BYLER
MICHELLE BYLER

199362

*INVOICE*

PAGE 1

SERVICE ADVISOR: 1079 MICHAEL ROBERTSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| GRAY | 17 | FORD F250 PICKUP | 1FT7X2B66HEB33593 | | 59880/59881 | T3886 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 29SEP17 DD | | | 15:00 08JUL22 | | 129.00 | CASH | 08JUL22 |

| R.O. OPENED | READY | OPTIONS: | ENG:6.2_Liter |
|---|---|---|---|
| 11:46 08JUL22 | 17:00 08JUL22 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A GS THINKS FUEL PUMP WENT BAD AGAIN ENGINE CRANKS EXCESSIVELY BEFORE
   STARTING INTERMITTANTLY. CHECK AND ADVISE
   CND COULD NOT DUPLICATE CUSTOMERS CONCERN
       1108 STIVERS,BRENNAN M LIC#: 1108
          CP                                                    0.00      0.00
PARTS:      0.00  LABOR:      0.00  OTHER:     0.00   TOTAL LINE A:     0.00
59880 could not duplicate customer concern, No issues found at this
time
*************************************************************
B Up to 5 quarts of Motorcraft Synthetic Blend Oil, Motorcraft Oil
   Filter, Multi-Point Inspection, and Tire Rotation.
   WRKS Up to 5 quarts of Motorcraft Synthetic Blend
       Oil, Motorcraft Oil Filter, Multi-Point
       Inspection, and Tire Rotation.
       1108 STIVERS,BRENNAN M LIC#: 1108
          IADCP                                                         (N/C)
     1 FL*820*SB12 FILTER ASY - OIL                                     (N/C)
     7 XO*5W20*BSP OIL - ENGINE                                         (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:    65.04   TOTAL LINE B:     0.00
CUSTOMER PAY DEDUCTIBLE FOR LINE B                                     65.04
59880 performed works
*************************************************************
C CS POWER STEERING WHINES CHECK AND ADVISE
   I INFORMATION LINE
       1108 STIVERS,BRENNAN M LIC#: 1108
          CP                                                    0.00      0.00
PARTS:      0.00  LABOR:      0.00  OTHER:     0.00   TOTAL LINE C:     0.00
59880 LF balljiont is bad. CHECKED POWER STEERING OK AT THIS TIME
*************************************************************
D Perform a thorough inspection of fluids, wipers, battery, tires,
   brakes, safety systems, and components.
   99P Perform a thorough inspection of fluids,
       wipers, battery, tires, brakes, safety
       systems, and components.

CUSTOMER COPY

# Exhibit C

# LAW OFFICE OF RONALD J. BOLZ, PLLC

30928 Ford Road
Garden City, MI 48135
Phone: 1-888-453-6667
Fax: 1-888-334-8333
www.LemonAuto.com
RBolz@LemonAuto.com

August 17, 2022

Ford Motor Company
c/o CT Corporation System
4400 Easton Commons Way, Ste. 125
Columbus, Ohio 43219

**RE:**   **2017 Ford F-250**
**VIN: 1FT7X2B66HEB33593**

To Whom It May Concern:

Please be advised that I represent Michael Byler and Michelle Byler regarding the sale of the above-referenced vehicle from White's Ford on or about September 29, 2017. Mr. and Mrs. Byler, pursuant to the Ohio Uniform Commercial Code, which covers breach of express and implied warranties, revocation of acceptance and other rights and remedies, the Federal Magnuson-Moss Warranty Act and other rights and remedies, does hereby notify you of your breach of warranties, revokes acceptance of the 2017 Ford F-250, and are prepared to file suit to effect revocation of acceptance, cancellation of the sale, return of the vehicle, and payment to them of all monies expended, putting them back in the position they were prior to the contract.

Mr. and Mrs. Byler intend to hold Ford Motor Company liable for all other foreseeable damages due to the nonconforming vehicle and breach of warranties, including attorneys' fees incurred with enforcing their rights pursuant to but not limited to the following: ORC 1302.26, ORC 1302.27, ORC 1302.66, ORC 1302.85, ORC 1302.88, ORC 1302.89, ORC 1302.93, ORC 1345.09, 15 U.S.C. 2301; 15 U.S.C. 2308, and 15 U.S.C. 2310(d)(1) and (2).

Since the date Mr. and Mrs. Byler took delivery, the 2017 Ford F-250 has been in for repairs on numerous occasions and been out of service due to defects for an excessive amount of time. If you do not contact us in writing within 7 days of this letter and acknowledge your breach of warranties and sale of a nonconforming good, we will bring an action seeking all remedies available under the law.

Ford Motor Company
August 17, 2022
Page Two

     If I do not hear from you within 7 days, I will assume that you refuse to acknowledge your breach of warranty and the nonconforming nature of the vehicle. Please be advised that if you do not allow return of the vehicle, my clients will be forced to continue to use the vehicle to mitigate their damages. However, if you wish for Mr. and Mrs. Byler to discontinue use of the vehicle and thereby increase their damages, please advise me in writing immediately. If I do not hear otherwise, I will assume that you authorize their continued use of the vehicle to minimize their damages.

     Please be advised that we are asserting an attorney's lien on any and all proceeds in this matter. All further communications with Mr. and Mrs. Byler must be directed through my office.

     Thank you for your anticipated cooperation.

               Very truly yours,

         **LAW OFFICE OF RONALD J. BOLZ, PLLC**

               Ronald J. Bolz, Esq.

RJB/snh

cc:    Michael Byler and Michelle Byler